1 | Sarah E. André (Bar No. 236145)
   |   sandre@nixonpeabody.com
2 | Thaddeus J. Stauber (Bar No. 225518)
   |   tstauber@nixonpeabody.com
3 | NIXON PEABODY LLP
4 | Gas Company Tower
   | 555 West Fifth Street, 46th Floor
5 | Los Angeles, CA 90013
   | Phone: 213-629-6000
6 | Fax: 213-629-6001
7 | *Of Counsel*:
8 | Richard D. Rochford, Jr. (*pro hac vice* application to be filed)
   |   rrochford@nixonpeabody.com
9 | Kristen M. Walsh (*pro hac vice* application to be filed)
   |   kwalsh@nixonpeaboyd.com
10 | NIXON PEABODY LLP
11 | 1100 Clinton Square
    | Rochester, NY, 14604
12 | Telephone: 585-263-1533
    | Fax: 866-947-1323
13 |
14 | Attorneys for Plaintiffs Phoenix House Foundation, Inc.,
   | Phoenix Houses of California, Inc., Phoenix Houses of
15 | Los Angeles, Inc., Phoenix House Orange County, Inc.,
   | and Phoenix House San Diego, Inc.

16

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

PHOENIX HOUSE FOUNDATION, INC., PHOENIX HOUSES OF CALIFORNIA, INC., PHOENIX HOUSES OF LOS ANGELES, INC., PHOENIX HOUSE ORANGE COUNTY, INC., PHOENIX HOUSE SAN DIEGO, INC.,

            Plaintiffs,

    v.

TIMOTHY K. FROST DBA PHOENIX HOUSES,

            Defendant.

No. CV11 03530 PSG (AGRx)

**COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**

**[DEMAND FOR JURY TRIAL]**

COMPLAINT FOR INJUNCTIVE & DECLARATORY RELIEF

Plaintiffs Phoenix House Foundation, Inc., Phoenix Houses of California, Inc., Phoenix Houses of Los Angeles, Inc., Phoenix House Orange County, Inc., and Phoenix House San Diego, Inc. (the "Phoenix House Plaintiffs"), by and through their attorneys of record, alleges:

## NATURE OF THE ACTION

1.     For more than forty years, the Plaintiff Phoenix House Foundation, Inc., its predecessors, or affiliates, have built a reputation for operating effective, high-quality substance abuse treatment programs and facilities, including residences, around the country.  Within the last few years, Defendant Timothy K. Frost DBA Phoenix Houses Property Management ("Defendant Phoenix Houses"), has opened purported substance abuse-related facilities in the Los Angeles area under the name "Phoenix Houses" and has sought to capitalize on the Phoenix House Plaintiffs' goodwill and strong reputation.

2.     As set forth below, Defendant Phoenix Houses' confusingly similar name has caused actual confusion among law enforcement officials and consumers.  Despite a cease and desist letter from the Phoenix House Plaintiffs, Defendant Phoenix Houses continues to use the name "Phoenix Houses."  Unless this Court enters an injunction, Defendant Phoenix Houses will continue to use an infringing name that confuses the public and harms the Phoenix House Plaintiffs.

## PARTIES

3.     Plaintiff Phoenix House Foundation, Inc. is a New York not-for-profit corporation with its principal place of business at 164 W. 74th Street, New York, New York 10023.

4.     Plaintiff Phoenix Houses of California, Inc., a subsidiary of Plaintiff Phoenix House Foundation, Inc., is a California not-for-profit corporation with its principal place of business at 11600 Eldridge Avenue, Lake View Terrace, California 91342.

- 2 -

5.      Plaintiff Phoenix Houses of Los Angeles, Inc., a subsidiary of Plaintiff Phoenix Houses of California, Inc., is a California non-for-profit corporation with its principal place of business at 11600 Eldridge Avenue, Lake View Terrace, California 91342.

6.      Plaintiff Phoenix House Orange County, Inc., a subsidiary of Plaintiff Phoenix Houses of California, Inc., is a California not-for-profit corporation with its principal place of business at 1207 East Fruit Street, Santa Ana, California 92701.

7.      Plaintiff Phoenix House San Diego, Inc., a subsidiary of Plaintiff Phoenix Houses of California, Inc., is a California not-for-profit corporation with its principal place of business at 23981 Sherilton Valley Road, Descanso, California 91916.

8.      Collectively, the Phoenix House Plaintiffs are known to the mental health care industry and the public at large as "PHOENIX HOUSE." (A true and correct copy of the main page of Phoenix House Plaintiffs' website (www.phoenixhouse.org) is attached as Exhibit A.)

9.      Upon information and belief, Defendant Timothy K. Frost DBA Phoenix Houses Property Management ("Defendant Frost" or "Defendant Phoenix Houses") is a citizen of the State of California whose last known address is 4951 Fulton Avenue, Sherman Oaks, California 91423-2004.

10.      Upon information and belief, Defendant Phoenix Houses operates facilities at 5466 Winnetka Boulevard, Woodland Hills, California 91367 and at 14006 Morrison Street, Sherman Oaks, CA 91423. (A true and correct copy of Defendant Phoenix Houses' fax coversheet, dated November 25, 2010, is attached as Exhibit B.) Defendant Phoenix Houses has advertised four additional facilities in Sherman Oaks, California (Phoenix House I), North Hills, California (Phoenix House II), and Northridge, California (Phoenix Houses III and IV). (A true and correct copy of the www.soberhousing.net webpage, dated May 19, 2010, is attached as Exhibit C.)

COMPLAINT FOR INJUNCTIVE & DECLARATORY
RELIEF

13431800.3

## JURISDICTION AND VENUE

11.     This action arises under the trademark and unfair competition laws of the United States and the laws of the State of California.  It is brought pursuant to Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1); Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)-(c); Sections 17200 and 17203 of the California Business & Professional Code; and the common law.

12.     This Court has subject matter over the Phoenix House Plaintiffs' claims for trademark infringement and unfair competition pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) because these claims arise under the Lanham Act, as amended, 15 U.S.C. § 1051, *et seq.*  This Court has subject matter jurisdiction over the Phoenix House Plaintiffs' related state law and common law claims pursuant to 28 U.S.C. §§ 1338(b) and 1367.

13.     This Court has personal jurisdiction over Defendant Phoenix Houses because, upon information and belief, Defendant Phoenix Houses resides in this District, routinely conducts, solicits, advertises, and/or transacts business within this District, and has committed, and is committing, infringing acts within this District.

14.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because, upon information and belief, Defendant Phoenix Houses resides in this District and because a substantial part of the events giving rise to the claim occurred in this District.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

### Plaintiffs' Trademark Rights And Strong Reputation

15.     One or more of the Phoenix House Plaintiffs has provided substance abuse treatment and prevention services under the name Phoenix House since 1967.

16.     Recognizing the long-term nature of recovery, the Phoenix House Plaintiffs offer substance abuse services across a continuum of care, including

-4-

1  prevention, early intervention, residential treatment, sober living, continuing care,

2  outpatient support, and recovery support.

3      17.   Plaintiff Phoenix House Foundation, Inc. operates more than 120

4  residential and outpatient programs in eleven states, including California.  The Phoenix

5  House Plaintiffs have provided services in California since 1979.

6      18.   The Phoenix House Plaintiffs operate eighteen programs throughout

7  California, including in Los Angeles (Venice and Lake View Terrace) and Whittier,

8  Santa Ana, Santa Fe Springs, San Diego, and Carlsbad, through which more than 1,000

9  adults and teenagers receive treatment each day.

10     19.   The Phoenix House Plaintiffs have been recognized by the Federal

11 Government's Substance Abuse and Mental Health Services Administration's

12 ("SAMHSA") National Registry of Evidence-Based Programs and Practices

13 ("NREPP").  A webpage describing the Phoenix House Academy, a program located at

14 11600 Eldridge Avenue, Lake View Terrace, California and designed for adolescents

15 ages 13-17 with substance abuse and other co-occurring mental health and behavioral

16 disorders, can be found on SAMHSA's website.  (A true and correct copy of the

17 webpage is attached as Exhibit D.)

18     20.   The Phoenix House Plaintiffs have been recognized by newspapers and

19 magazines around the world, including: The New York Times, The Los Angeles

20 Times, USA Today, The Washington Post, The Sunday Mail (UK), Newsweek, Good

21 Housekeeping, and The New Yorker.  The Phoenix House Plaintiffs have been

22 featured in highly-regarding television programs, including: The Oprah Winfrey Show,

23 60 Minutes, Dateline NBC, NBC's The Today Show, ABC's Good Morning America,

24 and Fox News.  The Phoenix House Plaintiffs are recognized leaders in the substance

25 abuse treatment realm and have been highlighted in the following industry

26 publications: Inside Addiction Magazine, Health News Digest, Alcoholism Drug

27 Abuse Weekly, Health Executive Magazine, and Behavioral Health Magazine.

28

COMPLAINT FOR INJUNCTIVE & DECLARATORY
RELIEF

13431800.3

21.     Since 1967, the Phoenix House Plaintiffs have used, and continue to use, PHOENIX HOUSE as a service mark for their substance abuse treatment and prevention services.  The Phoenix House Plaintiffs were the first to adopt and use PHOENIX HOUSE in connection with such services.

22.     Plaintiff Phoenix House Foundation, Inc. is the owner of the PHOENIX HOUSE service mark.  Plaintiff Phoenix House Foundation, Inc. owns U.S. Trademark Registration No. 997702 ("the '702 Registration") for the mark PHOENIX HOUSE for "treatment and rehabilitation of drug addicts," which issued on November 5, 1974. The '702 Registration is valid, subsisting, unrevoked, uncancelled, and incontestable. (A true and correct copy of the '702 Registration is attached as Exhibit E.)

23.     Plaintiff Phoenix House Foundation, Inc. owns U.S. Trademark Registration No. 3820277 ("the '277 Registration") for the mark PHOENIX HOUSE, which issued on July 20, 2010, for the following services:

Class 35:    Promoting public awareness on the subjects of treatment and prevention of addiction, addictive behavior, and substance abuse;

Class 41:    Educational services, namely, conducting programs in the fields of treatment and prevention of addiction, addictive behavior, and substance abuse; educational services, namely, arranging and providing courses of instruction at the high school level; vocational education in the fields of building maintenance, carpentry, cosmetology, counseling in substance abuse prevention and treatment, culinary arts, and office management; and

Class 44:    Substance abuse treatment services; counseling and treatment services in the fields of addiction, addictive behavior, and behavioral health; medical clinics; dental clinics

The '277 Registration is valid, subsisting, unrevoked, and uncancelled.  (A true and correct copy of the '277 Registration is attached as Exhibit F.)

24.     The Phoenix House Plaintiffs have incurred substantial advertising and promotional expenses relating to its PHOENIX HOUSE brand.

- 6 -

COMPLAINT FOR INJUNCTIVE & DECLARATORY RELIEF

13431800.3

25.     The mark, PHOENIX HOUSE, as used by the Phoenix House Plaintiffs, is inherently distinctive.  PHOENIX HOUSE has been used in interstate commerce extensively and continuously by the Phoenix House Plaintiffs for more than forty years as an indication of source for its substance abuse treatment and prevention services.

26.     As a result of the Phoenix House Plaintiffs' extensive use and promotion of the mark PHOENIX HOUSE, the Phoenix House Plaintiffs have built a valuable reputation and substantial goodwill that is symbolized by this mark.  Patients, prospective patients, and their families, as well as members of the medical community, law enforcement community, and judicial system, have come to associate PHOENIX HOUSE with the Phoenix House Plaintiffs and their substance abuse and treatment services in Los Angeles County, California, and throughout the United States.

### Defendant Phoenix Houses' Infringing And Unlawful Activities

27.     In early May 2010, the Phoenix House Plaintiffs learned that Defendant Phoenix Houses was operating in the San Fernando Valley, near one of the Phoenix House Plaintiffs' facilities.  Upon information and belief, Defendant Phoenix Houses operates several half-way houses, purporting to provide sober living counseling.

28.     On May 13, 2010, the Phoenix House Plaintiffs learned that Defendant Phoenix House is run by Defendant Timothy K. Frost.  Defendant Frost refers to himself as "Director Phoenix Houses."  (A true and correct copy of Defendant Frost's business card is attached as Exhibit G.)

29.     Defendant Frost's business card and fax cover sheet reference "Phoenix Houses Residential Recovery Program."  (See Exhibits B and G.)  This name is different from "Phoenix Houses Property Management," Defendant Frost's DBA.

30.     Upon information and belief, Defendant Frost uses the e-mail address "timfphoenixhouses@yahoo.com" in connection with the operation of his PHOENIX HOUSES program.  (See Exhibit G.)  According to his business card, Defendant Frost

- 7 -

1  describes Defendant Phoenix Houses as "a residential sober living program." (See

2  Exhibit G.)

3      31.    Defendant Phoenix Houses has advertised that it has four facilities

4  (Phoenix House I, Phoenix House II, Phoenix House III, and Phoenix House IV) on

5  www.soberhousing.net a listing of sober living facilities in Southern California. (See

6  Exhibit C.)

7              The Phoenix House Plaintiffs Take Action To Protect Mark

8      32.    Recognizing that use of the Phoenix House Plaintiffs' distinctive mark

9  PHOENIX HOUSE  in connection with substance abuse treatment programs was an

10 unlawful trademark violation that could cause actual confusion, the Phoenix House

11 Plaintiffs' attorneys sent a cease and desist letter to Defendant Phoenix Houses.  (A

12 true and correct copy of this letter is attached as Exhibit H.)  The letter noted that the

13 Phoenix House Plaintiffs' have owned the U.S. Trademark Registration for the mark

14 "PHOENIX HOUSE" since 1974.  The letter requested that Defendant Phoenix

15 Houses "immediately and permanently cease and desist all use of 'Phoenix House,'

16 including on or in connection with any substance-abuse treatment or recovery facility."

17     33.    Defendant Phoenix Houses did not respond to the letter.  Defendant

18 Phoenix Houses did, however, remove its contact information from

19 www.soberhousing.net, a listing of sober living facilities.  (A true and correct copy of

20 the webpage, dated July 6, 2010, is attached as Exhibit I.)  The Phoenix House

21 Plaintiffs concluded from this action that Defendant Phoenix Houses intended to

22 comply with the requests made in the cease and desist letter.

23                              Actual Confusion

24     34.    Upon information and belief, Defendant Phoenix Houses has been

25 presenting, and continues to present, itself to jails and detention facilities, including

26 those operated by the Los Angeles County Sheriff's Department, to pick up individuals

27

28
                                    - 8 -

1   who have been ordered by local courts to participate in substance abuse treatment

2   programs.  (See Exhibit B.)

3       35.    On December 1, 2010, Plaintiff Phoenix House of California, Inc.

4   received three calls from law enforcement agencies (the Los Angeles County Jail and

5   the Whittier Sheriff's Department) regarding Defendant Phoenix Houses.  In the calls,

6   the law enforcement officers and personnel noted that Defendant Phoenix Houses was

7   retrieving inmates recently ordered to undergo treatment for substance abuse.  The law

8   enforcement officers and personnel noted that Defendant Phoenix Houses' facility had

9   the "same name" as the Phoenix House Plaintiffs' facilities and expressed concern that

10   Defendant Frost "may be defrauding the court system."

11       36.    On the same day, Geoff Henderson, Director of Adult Services, at

12   Plaintiff Phoenix Houses of California, Inc., contacted Defendant Frost by telephone to

13   discuss the actual confusion identified by the law enforcement officials.  Defendant

14   Frost responded that although the Phoenix House Plaintiffs' legal representatives had

15   contacted him about a year ago regarding his use of the Phoenix House Plaintiffs'

16   PHOENIX HOUSE mark, his attorney had advised him that he could continue to use

17   the mark.

18       37.    Defendant Frost informed Mr. Henderson that he (Defendant Frost) had

19   filed a DBA ("doing business as") four years ago with the name "Phoenix House."

20   Defendant Frost also informed Mr. Henderson that Defendants do not have any state

21   certificates or licenses to operate residential substance abuse treatment and recovery

22   programs.

23       38.    Defendant Frost informed Mr. Henderson that he (Defendant Frost) had

24   received telephone calls for the Phoenix House Plaintiffs from courts and the general

25   public.

26       39.    Finally, Mr. Henderson and Defendant Frost discussed the "mounting

27   problems" that Defendants' use of the Phoenix House Plaintiffs' PHOENIX HOUSE

28

- 9 -

1   mark was causing.  Defendant Frost informed Mr. Henderson that he (Defendant Frost)

2   does not intend to stop using the name "Phoenix House" until a court tells him to do

3   so.

4        40.    On the same day, Bruce Tobman, Program Director of the Phoenix House

5   Plaintiffs' facility in Venice, California, received a call from Officer Olives at the

6   Twin Towers Correctional Facility in Los Angeles.  Officer Olives informed Mr.

7   Tobman that the corrections facility had released inmates to Defendant Phoenix

8   Houses and he (Officer Olives) was calling to see if the inmates had arrived at

9   Plaintiffs' Venice Facility.  The Phoenix House Plaintiffs believe that Officer Olives

10  released the inmates to Defendant Phoenix Houses under the mistaken impression that

11  Defendant Phoenix Houses was the Phoenix House Plaintiffs.

12       41.    On February 28, 2011, Winifred Wechsler, Executive Director of Plaintiff

13  Phoenix Houses of California, Inc., received an e-mail from the grandmother of a

14  patient in Defendant Phoenix Houses' program.  The woman's granddaughter left

15  Defendant Phoenix Houses' program after one week and her grandmother was

16  attempting to obtain a refund for a check paid to Defendant Frost.  Apparently

17  believing Defendant Phoenix Houses to be connected to the Phoenix House Plaintiffs,

18  the grandmother sent an e-mail to Plaintiffs, seeking a refund and expressing concern

19  for her granddaughter's treatment.

20       42.    On April 13, 2011, Christopher Sharpe, Deputy Public Defender in Santa

21  Clarita, California, communicated with Mr. Tobman regarding Defendant Frost and his

22  use of the Phoenix House Plaintiffs' PHOENIX HOUSE mark.  Mr. Sharpe asked Mr.

23  Tobman for a letter confirming that Defendants are not part of the Phoenix House

24  Plaintiffs' organization.

25

26

27

28

COMPLAINT FOR INJUNCTIVE & DECLARATORY
RELIEF                                                                                      13431800.3

<u>Defendants' Use Of The Phoenix House Plaintiffs' Mark PHOENIX HOUSE Harms</u>

<u>Plaintiffs And The Los Angeles Community</u>

43. Defendant Phoenix Houses is using the Phoenix House Plaintiffs' mark PHOENIX HOUSE without the Phoenix House Plaintiffs' permission, approval, or authorization, and has continued to do so despite the Phoenix House Plaintiffs' objections and requests for Defendant Phoenix Houses to cease use the Phoenix House Plaintiffs' PHOENIX HOUSE mark.

44. Defendant Phoenix Houses' use of the Phoenix House Plaintiffs' PHOENIX HOUSE mark has confused consumers and caused Los Angeles area enforcement officials and consumers seeking information regarding relatives receiving treatment to believe incorrectly that Defendant Phoenix Houses is somehow associated with, affiliated with, or sponsored by, the Phoenix House Plaintiffs.

45. Defendant Phoenix Houses' use of the Phoenix House Plaintiffs' PHOENIX HOUSE mark has resulted in actual consumer confusion in the marketplace as to the source, affiliation, and/or sponsorship of Defendant Phoenix Houses' services, particularly within the law enforcement community and judicial system in Los Angeles County, California.

46. "Phoenix Houses," as used by Defendant Phoenix Houses, is nearly identical to the Phoenix House Plaintiffs' federally registered mark PHOENIX HOUSE.

47. The services Defendant Phoenix Houses purports to provide under the PHOENIX HOUSE name – residential sober living program services – are similar to those provided by the Phoenix House Plaintiffs under their PHOENIX HOUSE mark to the extent that each party's services are provided to individuals in need of services resulting from their abuse of substances.

- 11 -

13431800.3

48.     The Phoenix House Plaintiffs and Defendant Phoenix Houses provide their respective services in the same or overlapping geographic territories within Southern California and, more specifically, in Los Angeles County.

49.     Mistaken association of Defendant Phoenix Houses with the Phoenix House Plaintiffs irreparably harms the Phoenix House Plaintiffs' reputation and good standing in the community and the public.

50.     Unless Defendant Phoenix Houses' use of the Phoenix House Plaintiffs' PHOENIX HOUSE mark is stopped, Defendant Phoenix Houses will continue to cause irreparable harm to the Phoenix House Plaintiffs and the public.

## FIRST CLAIM FOR RELIEF
## FEDERAL TRADEMARK INFRINGEMENT
## (15 U.S.C. § 1114(1))

51.     The Phoenix House Plaintiffs repeat and incorporate by reference the allegations contained in paragraphs 1 through 50 above as if set forth herein.

52.     Defendant Phoenix Houses' use of the Phoenix House Plaintiffs' PHOENIX HOUSE mark in connection with residential sober living home program services in the State of California is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, association, origin, sponsorship, or approval of Defendant Phoenix Houses' services or commercial activities by the Phoenix House Plaintiffs.

53.     Defendant Phoenix Houses has used, and continues to use, the Phoenix House Plaintiffs' PHOENIX HOUSE mark in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), and Defendant Phoenix Houses' activities has caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and public deception in the marketplace, and serious and substantial injury to the Phoenix House Plaintiffs' business, goodwill, and reputation as symbolized by

1   their federally registered PHOENIX HOUSE mark, for which the Phoenix House

2   Plaintiffs have no adequate remedy at law.

3       54.   Defendant Phoenix Houses' actions demonstrate a deliberate and willful

4   intent to trade on the goodwill associated with the Phoenix House Plaintiffs' federally

5   registered mark, PHOENIX HOUSE, thereby causing immediate, substantial, and

6   irreparable injury to the Phoenix House Plaintiffs.

7       55.   As the direct and proximate result of Defendant Phoenix Houses' actions,

8   Defendant Phoenix Houses has caused, and is likely to continue causing, substantial

9   injury to the public and to the Phoenix House Plaintiffs, and the Phoenix House

10  Plaintiffs are entitled to injunctive relief, and to recover Defendant Phoenix Houses'

11  profits, actual damages, enhanced damages, and reasonable attorneys' fees and costs,

12  pursuant to 15 U.S.C. §§ 1116 and 1117.

**SECOND CLAIM FOR RELIEF**

13

**FEDERAL UNFAIR COMPETITION**

14

**(15 U.S.C. § 1125(a)(1)(A))**

15

16      56.   The Phoenix House Plaintiffs repeat and incorporate by reference the

17  allegations contained in paragraphs 1 through 55 above as if set forth herein.

18      57.   Defendant Phoenix Houses' use of the Phoenix House Plaintiffs' mark

19  PHOENIX HOUSE in connection with residential sober living home program services

20  in the State of California is likely to cause confusion, or to cause mistake, or to deceive

21  as to the affiliation, connection, association, origin, sponsorship, or approval of

22  Defendant Phoenix Houses' services or commercial activities by the Phoenix House

23  Plaintiffs.

24      58.   Defendants have used, and continue to use, the Phoenix House Plaintiffs'

25  mark PHOENIX HOUSE in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §

26  1125(a), and Defendant Phoenix Houses' activities has caused and, unless enjoined by

27  this Court, will continue to cause a likelihood of confusion and public deception in the

28

COMPLAINT FOR INJUNCTIVE & DECLARATORY
RELIEF

13431800.3

marketplace, and serious and substantial injury to the Phoenix House Plaintiffs' business, goodwill, and reputation as symbolized by its federally registered PHOENIX HOUSE mark, for which the Phoenix House Plaintiffs have no adequate remedy at law.

59.     Defendant Phoenix Houses' actions demonstrate a deliberate and willful intent to trade on the goodwill associated with the Phoenix House Plaintiffs' federally registered mark, PHOENIX HOUSE, thereby causing immediate, substantial, and irreparable injury to the Phoenix House Plaintiffs.

60.     As the direct and proximate result of Defendant Phoenix Houses' actions, Defendant Phoenix Houses has caused, and is likely to continue causing, substantial injury to the public and to the Phoenix House Plaintiffs, and the Phoenix House Plaintiffs are entitled to injunctive relief, and to recover Defendant Phoenix Houses' profits, actual damages, enhanced damages, and reasonable attorneys' fees and costs, pursuant to 15 U.S.C. §§ 1116, 1117, and 1125.

**THIRD CLAIM FOR RELIEF**

**FALSE ADVERTISING UNDER THE LANHAM ACT**

**(15 U.S.C. § 1125(a)(1)(B))**

61.     The Phoenix House Plaintiffs repeat and incorporate by reference the allegations contained in paragraphs 1 through 60 above as if set forth herein.

62.     Defendant Phoenix Houses' misleading use of the Phoenix House Plaintiffs' mark PHOENIX HOUSE mark constitutes false advertising, false designation of origin, and false representation, in and affecting interstate commerce in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. §1125(a)(1)(B).

63.     As the direct and proximate result of Defendant Phoenix Houses' actions, Defendant Phoenix Houses has caused, and is likely to continue causing, substantial injury to the public and to the Phoenix House Plaintiffs, and the Phoenix House Plaintiffs are entitled to injunctive relief, and to recover Defendant Phoenix Houses'

- 14 -

1    profits, actual damages, enhanced damages, and reasonable attorneys' fees and costs,

2    pursuant to 15 U.S.C. §§ 1116, 1117, and 1125.

### FOURTH CLAIM FOR RELIEF

### DILUTION UNDER THE LANHAM ACT

### (15 U.S.C. § 1125(c))

6    64.    The Phoenix House Plaintiffs repeat and incorporate by reference the

7    allegations contained in paragraphs 1 through 63 above as if set forth herein.

8    65.    As a direct result of the Phoenix House Plaintiffs' long and extensive

9    experience, care, and skill in producing, performing, marketing and advertising its

10    services and facilities under and in association with the Phoenix House Plaintiffs'

11    PHOENIX HOUSE mark, the Phoenix House Plaintiffs' have acquired a reputation for

12    excellence.  In addition the Phoenix House Plaintiffs have expended significant sums

13    in advertising and promotion to help create and maintain its reputation as symbolized

14    by the PHOENIX HOUSE mark.  The PHOENIX HOUSE mark is both locally,

15    nationally, and internationally famous.

16    66.    Defendant Phoenix Houses, by wrongfully using the Phoenix House

17    Plaintiffs' PHOENIX HOUSE mark as described above, has tarnished, blurred, and

18    diluted the Phoenix House Plaintiffs' reputation, goodwill, and trademark in local and

19    interstate commerce.

20    67.    Defendant Phoenix Houses' acts are likely to deprive the Phoenix House

21    Plaintiffs of the benefits of the goodwill attached to the Phoenix House Plaintiffs'

22    PHOENIX HOUSE mark, injure the Phoenix House Plaintiffs' business reputation and

23    dilute the distinctive quality of its famous PHOENIX HOUSE mark in violation of 15

24    U.S.C. § 1125(c).

25    68.    Upon information and belief, such acts of the Defendant Phoenix Houses

26    described above were done willfully and wantonly, with an intent to trade on the

27    Phoenix House Plaintiffs' reputation, to suggest a connection and to cause confusion.

28

- 15 -

69.     As a proximate result of Defendant Phoenix Houses' acts as alleged herein, the Phoenix House Plaintiffs have suffered and will continue to suffer damages to their business, goodwill, and reputation.

70.     The Phoenix House Plaintiffs have no adequate remedy at law against this dilution and injury to their business reputation.  Unless Defendant Phoenix Houses is enjoined by this Court, the Phoenix House Plaintiffs will continue to suffer irreparable harm.

## FIFTH CLAIM FOR RELIEF
## UNFAIR COMPETITION
### (Cal. Bus. & Prof. Code §§ 17200 and 17203)

71.     The Phoenix House Plaintiffs repeat and incorporate by reference the allegations contained in paragraphs 1 through 70 above as if set forth herein.

72.     Defendant Phoenix Houses' use of the Phoenix House Plaintiffs' PHOENIX HOUSE mark in connection with residential sober living home program services in the State of California is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, association, origin, sponsorship, or approval of Defendant Phoenix Houses' services or commercial activities by the Phoenix House Plaintiffs.

73.     Defendant Phoenix Houses' activities in the conduct of trade constitute unfair competition in violation of Sections 17200 and 17203 of the California Business & Professional Code.

74.     Defendant Phoenix Houses' use of the Phoenix House Plaintiffs' PHOENIX HOUSE mark and related activities have caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and public deception in the marketplace, and serious and substantial injury to the Phoenix House Plaintiffs' business, goodwill, and reputation as symbolized by its federally registered PHOENIX

- 16 -

1  HOUSE mark, for which the Phoenix House Plaintiffs have no adequate remedy at

2  law.

3      75.   Defendant Phoenix Houses has engaged in the actions alleged herein with

4  the intent to deceive the public, to take advantage of the extensive investment by the

5  Phoenix House Plaintiffs in their PHOENIX HOUSE name and mark, and to

6  misappropriate the substantial goodwill associated with such mark.

7      76.   Defendant Phoenix Houses' actions have been willful and knowing.

8      77.   As a direct and proximate result of Defendant Phoenix Houses' actions,

9  Defendant Phoenix Houses has caused, and is likely to continue causing, serious and

10  substantial injury to the Phoenix House Plaintiffs, citizens of California, and the

11  public.

## SIXTH CLAIM FOR RELIEF

## UNFAIR COMPETITION

### (Common Law)

15      78.   The Phoenix House Plaintiffs repeats and incorporates by reference the

16  allegations contained in paragraphs 1 through 77 above as if set forth herein.

17      79.   Defendant Phoenix Houses' use of the Phoenix House Plaintiffs'

18  PHOENIX HOUSE mark in connection with residential sober living home program

19  services in the State of California is likely to cause confusion, or to cause mistake, or

20  to deceive as to the affiliation, connection, association, origin, sponsorship, or approval

21  of Defendant Phoenix Houses' services or commercial activities by the Phoenix House

22  Plaintiffs.

23      80.   Defendant Phoenix Houses' activities in the conduct of trade constitute

24  trademark infringement, unfair competition, and false advertising, in violation on the

25  common law of the State of California.

26      81.   Defendant Phoenix Houses' use of the Phoenix House Plaintiffs'

27  PHOENIX HOUSE mark and related activities has caused and, unless enjoined by this

28

- 17 -

COMPLAINT FOR INJUNCTIVE & DECLARATORY
RELIEF

13431800.3

1  Court, will continue to cause a likelihood of confusion and public deception in the

2  marketplace, and serious and substantial injury to the Phoenix House Plaintiffs'

3  business, goodwill, and reputation as symbolized by its federally registered PHOENIX

4  HOUSE mark, for which the Phoenix House Plaintiffs have no adequate remedy at

5  law.

6      82.    Defendant Phoenix Houses has engaged in the actions alleged herein with

7  the intent to deceive the public, to take advantage of the extensive investment by the

8  Phoenix House Plaintiffs in its PHOENIX HOUSE name and mark, and to

9  misappropriate the substantial goodwill associated with such mark.

10      83.    Defendant Phoenix Houses' actions have been willful and knowing.

11      84.    As a direct and proximate result of Defendant Phoenix Houses' actions,

12  Defendant Phoenix Houses has caused, and is likely to continue causing, serious and

13  substantial injury to the Phoenix House Plaintiffs.

14                 **JURY TRIAL DEMANDED**

15      The Phoenix House Plaintiffs demand a jury trial in this matter pursuant to Rule

16  38 of the Federal Rules of Civil Procedure.

17                 **DEMAND FOR RELIEF**

18      WHEREFORE, the Phoenix House Plaintiffs pray for a judgment in their favor

19  and against Defendant Phoenix Houses as follows:

20      1.    For a temporary, preliminary, and permanent injunction against Defendant

21  Phoenix Houses and all persons acting in concert with Defendant Phoenix Houses or

22  purporting to act on behalf of Defendant Phoenix Houses, or in active concert or in

23  participation with Defendant Phoenix Houses, including, but not limited to, Defendant

24  Phoenix Houses' agents, servants, employees, successors, assigns, and attorneys,

25  enjoining and restraining them from infringing the Phoenix House Plaintiffs' service

26  mark, from diluting the distinctive quality of the Phoenix House Plaintiffs' service

27

28

- 18 -

mark, and from unfairly competing with the Phoenix House Plaintiffs in any manner whatsoever, and specifically from:

(a)     using PHOENIX HOUSE, PHOENIX HOUSES, or PHOENIX in any fashion in connection with substance abuse services or residential sober living programs services;

(b)     performing any acts that are likely to lead consumers to believe that Defendant Phoenix Houses is affiliated or associated with, or sponsored by, the Phoenix House Plaintiffs; and

(c)     committing any other act that infringes the Phoenix House Plaintiffs' service mark or constitutes unfair competition against the Phoenix House Plaintiffs.

2.     For an Order that Defendant Phoenix Houses file with the Court and serve on the Phoenix House Plaintiffs' counsel within thirty (30) days after service of any preliminary injunction or final injunction issued herein, or within such reasonable time as the Court may direct, a report in writing and under oath, setting forth in detail the manner and form in which Defendant Phoenix Houses has complied with such injunction.

3.     For all damages the Phoenix House Plaintiffs have suffered by reason of Defendant Phoenix Houses' unlawful activities.

4.     For all profits wrongfully derived by Defendant Phoenix Houses through its unlawful activities.

5.     For three times Defendant Phoenix Houses' profits or the Phoenix House Plaintiffs' damages, whichever is greater, arising from Defendant Phoenix Houses' unlawful activities pursuant to 15 U.S.C. § 1117(a) and (b).

6.     For punitive damages to the fullest extent permitted by law and equity, and as required in the interests of justice.

7.     For prejudgment and post-judgment interest, pursuant to 15 U.S.C. § 1117(b) and other applicable law.

- 19 -

COMPLAINT FOR INJUNCTIVE & DECLARATORY
RELIEF

13431800.3

8.      For a determination that this case be deemed to be an "exceptional" case and/or that Defendant Phoenix Houses acted in "bad faith" and awarding costs of suit and reasonable attorney fees and disbursements, pursuant to 15 U.S.C. § 1117(b) and other applicable law; and

9.      For such other and further relief as this Court deems just and equitable.


DATED:      April 25, 2011          Respectfully submitted,
                                    **NIXON PEABODY LLP**

                                    By: _____
                                    Sarah E. André (Bar No. 236145)
                                       sandre@nixonpeabody.com
                                    Thaddeus J. Stauber (Bar. No. 225518)
                                       tstauber@nixonpeabody.com
                                    NIXON PEABODY LLP
                                    Gas Company Tower
                                    555 West Fifth Street, 46th Floor
                                    Los Angeles, CA 90013
                                    Phone: 213-629-6000
                                    Fax: 213-629-6001

*Of Counsel*:
Richard D. Rochford, Jr. (*pro hac vice* application to be filed)
   rrochford@nixonpeabody.com
Kristen M. Walsh (*pro hac vice* application to be filed)
   kwalsh@nixonpeaboyd.com
NIXON PEABODY LLP
1100 Clinton Square
Rochester, NY, 14604
Telephone: 585-263-1533
Fax: 866-947-1323

Attorneys for Plaintiffs Phoenix House Foundation, Inc.,
Phoenix Houses of California, Inc., Phoenix Houses of
Los Angeles, Inc., Phoenix House Orange County, Inc.,
and Phoenix House San Diego, Inc.

COMPLAINT FOR INJUNCTIVE & DECLARATORY
RELIEF

13431800.3

EXHIBIT A



# EXHIBIT B

12/01/2010 10:21 FAX  213 63█████92      LA COUNTY-SHERIFF'S                    ☑003/005

# PHOENIX HOUSES
## RESIDENTIAL RECOVERY PROGRAM

6446 WINNETKA BLVD. WOODLAND HILLS, CA 91367                    (818) 999 - 9654
14006 MORRISON ST. SHERMAN OAKS, CA 91421                       (818) 359 - 2660

### A.I.R. APPROVED     (ASSESSMENT....INTERVENTION....RESOURCES)

DATE: NOVEMBER 25, 2010                    DRIVER: TIMOTHY K. FROST ID#C2340204
                                           WILL BE PICKING UP COULTER,
ATT:  TTCF/GENNETTE                         CARLIE BK#(2926730)
      LYNNWOOD DETENTION CENTER

RE:   COULTER, CARLIE                      BK/CS# 2526730/PA007660


THIS LETTER IS TO CONFIRM THAT PHRRP IS PICKING UP JASON TAYLOR BK #2303210.

ON A COURT ORDER BY JUDGE FREIXES, GRACIELA. SANTA CLARITA COURTHOUSE DEPT 1.

IF YOU HAVE ANY QUESTION PLEASE CALL:


                            X _Timothy K. Frost_____
                            TIMOTHY K. FROST  DATE:11/25/2010
                            DIRECTOR OF PHOENIX HOUSES
                            RESIDENTIAL RECOVERY PROGRAM
                            CELL PHONE: (562) 310 – 1184
                            OFFICE: (818) 802 - 0834

EXHIBIT C



Quality Sober Living Homes in Southern California
# THE SOBER LIVING NETWORK

**Find Sober Housing In Your SoCal Community**  Search By Area     Go

## The Sober Living Network

San Fernando Valley

| City | Sober Living Home | Contact | Phone | Serves | Cost |
|---|---|---|---|---|---|
| Calabasas | **Seasons Sober Living** | Larry Norman | (818) 692-4296 | coed | $4500 |
| Canoga Park | **Comfort Zone** | Ike Eichar | (818) 894-8617 | coed | $840 |
| Canoga Park | Discovery House I Sober Living | Tony D. | (818) 903-6441 | men | $550 |
| Canoga Park | New Beginnings Sober Living | Gary Sutter | (818) 620-5624 | men | $600 |
| Canoga Park | Second Chance Sober Living | Alan Nathen | (818) 961-6155 | men | $500 |
| Canyon Country | Bridges | Eleanor Boutte | (661) 252-0569 | women | $765 |
| Chatsworth | Stone Sober Society | Linda Perez | (818) 772-6888 | coed | $500 |
| Chatsworth | **A Work In Progress** | Liz Leon | (818) 633-1719 | women | $700 |
| Encino | **Angel Villa** | Georgia Frabotta | (877) 768-9673 | coed | $3500 |
| Encino | Casa Nuevo Vida | David Marvin | (310) 592-0139 | men | $2750 |
| Encino | **Mulholland Recovery SL** | Christine Franz | (818) 917-3438 | coed | $1000 |
| Encino | **Petit House Sober Living** | Tyrone Adair | (818) 800-7009 | men | $1500 |
| Encino | Sunrise III | Carmen Risiglione | (818) 968-6669 | coed | $550 |
| Glendale | Geneva House | Michael Akopov | (323) 481-5455 | men | $600 |
| Glendale | New Visions Sober Living | Janelle Jones | (818) 247-8493 | coed | $520 |
| Granada Hills | Clear View Sober Living I | George Turner | (818) 451-6968 | men | $500 |
| Granada Hills | Clear View Sober Living II | George Turner | (818) 451-6968 | men | $500 |
| Granada Hills | New Horizon Sober Living | Iraj Salehyar | (818) 360-8574 | men | $600 |

San Fernando Valley Sober Living Homes and Recovery Houses-Southern California     Page 2 of 4

| City | Sober Living Home | Contact | Phone | Serves | Cost |
|---|---|---|---|---|---|
| Granada Hills | Small Steps II | Al Pittman-J. McClure | (818) 881-0073 | men | $500 |
| Hollywood Hills | Hollycrest Sober Living | Robert & Hugh Biele | (323) 876-5485 | men | $500 |
| North Hills | **Community Sober Living** | Paul Dumont | (818) 893-4365 | coed | $900 |
| North Hills | The Digs Sober Living | Drew Williams | (818)939-3197 | men | $525 |
| North Hills | Phoenix House II | Tim Frost | (562) 310-1184 | coed | $650 |
| North Hills | **Recovery Zone I Sober Living** | Claude Eichar | (818) 894-8617 | men | $600 |
| No. Hollywood | Abbey House | Kelly Hagerman | (310) 871-1336 | men | $500 |
| No. Hollywood | **Angel House I** | Georgia F., Priscilla | (818) 906-2435 | women | $575 |
| No. Hollywood | **Angel House III** | Georgia Frabotta | (818) 906-2435 | men | $575 |
| No. Hollywood | **Chandler Lodge** | Main Office | (818) 766-4534 | men | $650 |
| No. Hollywood | **Primary Purpose III** | Mary Grayson | (818) 612-1439 | men | $550 |
| North Hollywood | Second Chance Sober Living | John Hakopyan | (818) 209-4472 | men | $525 |
| No. Hollywood | **Spencer House II** | Fred Foster | (818) 252-6545 | men | $550 |
| No. Hollywood | Vesper House | Charotte | (818) 769-3057 | women | $520 |
| Northridge | Parthenia House | Lisa Richards | (818) 996-1051 | men | $425 |
| Northridge | Phoenix Houses III | Timothy Frost | (562) 310-1184 | wm-w-ch | $650 |
| Northridge | Phoenix Houses IV | Timothy Frost | (562) 310-1184 | coed | $650 |
| Northridge | **Peaceful Discoveries** | Cindy Green | (818) 527-1930 | women | $800 |
| Northridge | **A Step In The Right Direction** | Linda Ruzich | (818) 720-7075 | women | $var. |
| Panorama City | Serenity Retreat | Ryan Valencia | (818) 997-3734 | men | $580 |
| Reseda | Arminta House | Lisa Richards | (818) 996-1051 | men | $425 |
| Reseda | Arminta House II | Lisa Richards | (818) 996-1051 | women | $425 |
| Reseda | **The Discovery House** | Tom Whiting | (818) 844-5272 | men | $1000 |
| Reseda | Elijah's House | Lisa Hines | (818) 300-1002 | men | $500 |
| Reseda | Fresh Start | Lynn | (818) 642-6384 | coed | $550 |
| Reseda | Jamieson House | Lisa Richards | (818) 996-1051 | women | $425 |
| Reseda | On Solid Ground | Josie Galindo | (818)929-3994 | coed | $750 |
| Reseda | **Reseda Villa Sober Living** | Rohan | (818) 571-6998 | men | $500 |

http://www.soberhousing.net/san_fernando.html                    5/19/2010

Exhibit C Page 24

San Fernando Valley Sober Living Homes and Recovery Houses-Southern California        Page 9 of 45

| City | Sober Living Home | Contact | Phone | Serves | Cost |
|---|---|---|---|---|---|
| Reseda | Serenity Connections-Men | Anthony | (818) 921-8199 | men | $625 |
| Reseda | Serenity Connections-Women | Kim Robbins | (818) 921-8062 | women | $625 |
| Reseda | Small Steps I | Al Pittman-J. McClure | (818) 881-0073 | coed | $500 |
| Reseda | Soberspace | Chris Krug | (818) 235-9910 | men | $525 |
| Sherman Oaks | Phoenix House I | Tim Frost | (562) 310-1184 | coed | $650 |
| Sherman Oaks | A Safe Place | Doug Eggleton | (818) 590-4886 | men | $1500 |
| Stevenson Ranch | Jax's Place | Cheryl Petway | (818) 402-6148 | men | $695 |
| Sun Valley | Alpha & Omega Sober Living | Rima Abelian, Samuel Tan | (818) 253-5989 | coed | $650 |
| Sun Valley | Alpha & Omega Sober Living II | Rima Abelian, Samuel Tan | (818) 253-5989 | coed | $650 |
| Sunland | 12 Step Sober Living | Lisa & Joel Moss | (818) 445-9901 | men | $500 |
| Sunland | Club 12 | Mark Gregoire | (818) 674-2575 | men | $500 |
| Sunland | RAF Three Palms Ranch | Robert Holbrook | (626) 216-5427 | coed | $650 |
| Tarzana | Sober Souls Ranch | Audy Harman | (818) 266-2849 | coed | $940 |
| Tarzana | Sober Souls Sober Living | Matthew | (818) 201-4717 | coed | $940 |
| Tujunga | Club 12 Sober Living | Mark Gregoire | (818) 674-2575 | men | $500 |
| Valley Glen | Bridge at Valley Glen | David Casey | (818) 939-3486 | men | $4000 |
| Valley Glen | Primary Purpose I | Mary Grayson | (818) 612-1439 | women | $550 |
| Valley Village | Sunrise I | Carmen Risiglione | (818) 968-6669 | men | $500 |
| Van Nuys | AA/NA Sobriety Central | Joey Axelson | (818)326-6499 | men | $550 |
| Van Nuys | Calvert House | David Harris | (626) 437-8683 | men | $1500 |
| Van Nuys | Kenneth Place Sober Living | Jeff Sibbrel-Star Tomlinson | (818) 602-5959 | men | $600 |
| Van Nuys | Maya Clean & Sober | Bia Sarro | (818) 585-8280 | women | $550 |
| Van Nuys | Primary Purpose II | Mary Grayson | (818) 612-1439 | men | $550 |
| Van Nuys | Recovery Zone II | Ike Eichar | (818) 894-8617 | men | $500 |
| Van Nuys | Ruth's House Sober Living | Tamar Goldberg | (310) 936-8172 | women | $600 |
| Van Nuys | Second Chance Sober Living | John Hakopyan | (818) 310-7433 | men | $400 |
| Van Nuys | Second Chance Sober Living II | John Hakopyan | (818) 310-7433 | men | $500 |
| Van Nuys | Spencer House | Ruben Calderon | (818) 785-6639 | men | $550 |
| Van Nuys | Sunrise II | Carmen Risiglione | (818) 968-6669 | men | $550 |

http://www.soberhousing.net/san_fernando.html

5/19/2010

Exhibit C Page 26

San Fernando Valley Sober Living Homes and Recovery Houses-Southern California    Page 4 of 46

| City | Sober Living Home | Contact | Phone | Serves | Cost |
|------|-------------------|---------|-------|--------|------|
| Van Nuys | Sylvan House | Martin Suran | (818) 749-6282 | coed | $525 |
| Westlake | **The Lake House** | Stuart Birnbaum | (877) 762-3707 | coed | $3500 |
| Winnetka | Kelvin House | Lisa Richards | (818) 996-1051 | men | $425 |
| Winnetka | New Beginnings Sober Living | Gina Romero | (818) 915-0548 | women | $500 |
| Winnetka | Quartz House | Lisa Richards | (800) 996-1051 | men | $425 |
| Woodland Hills | **Community Sober Living** | Paul Dumont | (818) 893-4365 | coed | $900 |
| Woodland Hills | **Community Kids Sober Living** | Paul Dumont | (818) 893-4365 | wm-w-ch | $500 |
| Woodland Hills | Sober College – Friar | Robert Pfeifer | (818) 274-0304 | men | $2000 |
| Woodland Hills | Sober College – Melvin | Cody Bassett | (818) 274-0304 | women | $2000 |
| Woodland Hills | Sober College – Oxnard | Robert Pfeifer | (818) 274-0304 | men | $2000 |
| Woodland Hills | Sober College – Shoup | Robert Pfeifer | (818) 274-0304 | men | $2000 |

**The Network would like to thank our generous website sponsors, whose listings appear in blue above.**

**The Sober Living Network**
P.O. Box 5235
Santa Monica, CA 90409
(310) 396-5270

HomeOrganizingTrainingCommunityContactSite Map

©Copyright 2004 Sober Housing All Rights Reserved
Hosting provided by Heller NetWorks and The Sober Musicians Project

http://www.soberhousing.net/san_fernando.html

5/19/2010

Exhibit C Page 26

# EXHIBIT D

Find an Intervention | Reviews & Submissions | Learning Center | Contact Us

Back to Results          Start New Search

**Learn More**

<u>For information on implementation:</u>

Deni Carise, Ph.D.
(646) 505-2165
dcarise@phoenixhouse.org

<u>For information on research:</u>

Jennifer Butler
(646) 505-2168
jbutler@phoenixhouse.org

Questions to Ask (PDF) as you explore the possible use of this intervention.

**PDF This Summary**

Create a downloadable, printer friendly version.

[ PDF ]

Intervention
Summary

# Phoenix House Academy

Date of Review: December 2007

Phoenix House Academy (formerly known as Phoenix Academy) is a therapeutic community (TC) model enhanced to meet the developmental needs of adolescents ages 13-17 with substance abuse and other co-occurring mental health and behavioral disorders. The Phoenix House Academy model integrates residential treatment with an on-site public junior high and high school (grades 8-12). Some Phoenix House Academy programs also include trade or technical training sponsored by local community colleges. The community campus receives most of its referrals from juvenile probation, family, and self-referrals, with the remaining youth coming from social service agencies (e.g., departments of mental health, children and family services), health care providers, and educational institutions. Professional program staff include psychiatrists, psychologists, social workers, and counselors, many of whom are in recovery themselves.

The Phoenix House Academy TC model maintains that substance abuse is an outward manifestation of a broad set of personal and developmental problems in the adolescent and that successful recovery is built upon change involving the whole person--psychologically, socially, and behaviorally. Participants learn to embrace honesty, focus on effective living in the present moment (rather than in the past), accept personal responsibility for their own actions, develop a strong work ethic, and adhere to a strict moral code known as right living. The process for

Exhibit D Page 27

## Email This Summary

Don't worry, we don't save your name or the email addresses.

To:

Recipient's Email Address (Required)

From:

Your Name (Required)

Your Email Address (Required)

Send

change is behavioral social learning, which takes place in a community of supportive peers and staff who model and support the rehearsal of effective behaviors. Each residential member earns status promotions and other privileges by complying with program rules and expectations and demonstrating specific behaviors toward attaining treatment goals, such as attending school. Behavior that deviates from the community's sober-living norms results in sanctions or loss of previously earned privileges. During treatment, youth progress through treatment phases with increasing program privileges and responsibilities. Days are highly structured, with most waking hours spent in school, community meetings, lectures, groups, individual and family counseling, community service, aftercare services, and recreation. In some programs, other types of scientifically sound and empirically tested interventions may be incorporated into treatment as well. Phoenix House Academy programs offer gender-specific services, and some can provide treatment for individuals up to 20 years of age.

## Descriptive Information

| | |
|---|---|
| **Areas of Interest** | Substance abuse treatment<br>Co-occurring disorders |
| **Outcomes** | 1: Substance use<br>2: Psychological functioning |
| **Outcome Categories** | Alcohol<br>Drugs<br>Mental health<br>Tobacco |
| **Ages** | 13-17 (Adolescent) |
| **Genders** | Male<br>Female |
| **Races/Ethnicities** | Black or African American<br>Hispanic or Latino<br>White<br>Race/ethnicity unspecified |
| **Settings** | Residential |

http://nrepp.samhsa.gov/ViewIntervention.aspx?id=7

NREPP | Phoenix House Academy

4/25/2011

Page Last Updated: 12/30/2010

| | |
|---|---|
| **Geographical Locations** | Urban<br>Suburban |
| **Implementation History** | Since 1980, Phoenix House Academy has been implemented in 11 residential community facilities in 7 States: California, Maine, Massachusetts, New Hampshire, New York, Rhode Island, and Texas. Each program has differing treatment lengths. To date, approximately 20,275 adolescents have participated in and completed the Phoenix House Academy treatment program. |
| **NIH Funding/CER Studies** | Partially/fully funded by National Institutes of Health: Yes<br>Evaluated in comparative effectiveness research studies: Yes |
| **Adaptations** | No population- or culture-specific adaptations were identified by the applicant. |
| **Adverse Effects** | No adverse effects, concerns, or unintended consequences were identified by the applicant. |
| **IOM Prevention Categories** | IOM prevention categories are not applicable. |

**Learn More** - click on the categories below to display more information related to this intervention

Outcomes

Quality of Research

Study Populations

Readiness for Dissemination

...nrepp/Viewintervention.aspx?id=2

Exhibit D Page 29

NREPP | Phoenix House Academy

Costs

Replications

**Learn More by Visiting:**

- **http://www.phoenixhouse.org**

The NREPP review of this intervention was funded by the Center for Substance Abuse Treatment (CSAT).

Home | Find an Intervention | Reviews & Submissions |
Learning Center | Contact Us
About NREPP | Privacy Policy | Accessibility | FOIA Policy | Sitemap
Links to SAMHSA Center Home Pages - CSAP CSAT CMHS

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Substance Abuse and Mental Health Services Administration
www.samhsa.gov

4/25/2011

Exhibit D Page 30

EXHIBIT E

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent Office

Reg. No. 997,702
Registered Nov. 5, 1974

## SERVICE MARK
### Principal Register

# PHOENIX HOUSE

Phoenix House Foundation, Inc. (New York not-for-profit corporation)
164 W. 74th St.
New York, N.Y.   10023

For: TREATMENT AND REHABILITATION OF DRUG ADDICTS, in CLASS 100 (INT. CL. 42).
First use Nov. 7, 1967; in commerce Dec. 18, 1967.

Ser. No. 457,241, filed May 11, 1973.

Exhibit E Page 31

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**

Reg. No. 997,702

Registered Nov. 5, 1974

10 Year Renewal

Renewal Term Begins Nov. 5, 1994

## SERVICE MARK
## PRINCIPAL REGISTER

## PHOENIX HOUSE

PHOENIX HOUSE FOUNDATION, INC.
(NEW YORK NOT-FOR-PROFIT COR-
PORATION),
164 W. 74TH ST.
NEW YORK, NY 10023

FOR: TREATMENT AND REHABILI-
TATION OF DRUG ADDICTS, IN
CLASS 100 (INT. CL. 42).
FIRST USE 11-7-1967; IN COMMERCE
12-18-1967.

SER. NO. 72-457,241, FILED 5-11-1973.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 13, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Exhibit E Page 32

EXHIBIT F



# United States of America

### United States Patent and Trademark Office

# PHOENIX HOUSE

**Reg. No. 3,820,277**

**Registered July 20, 2010**

**Int. Cls.: 35, 41 and 44**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PHOENIX HOUSE FOUNDATION, INC. (NEW YORK NOT-FOR-PROFIT CORPORATION)
164 W. 74TH STREET
NEW YORK, NY 10023

FOR: PROMOTING PUBLIC AWARENESS ON THE SUBJECTS OF TREATMENT AND PREVENTION OF ADDICTION, ADDICTIVE BEHAVIOR, AND SUBSTANCE ABUSE , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING PROGRAMS IN THE FIELDS OF TREATMENT AND PREVENTION OF ADDICTION, ADDICTIVE BEHAVIOR, AND SUBSTANCE ABUSE; EDUCATIONAL SERVICES, NAMELY, ARRANGING AND PROVIDING COURSES OF INSTRUCTION AT THE HIGH SCHOOL LEVEL; VOCATIONAL EDUCATION IN THE FIELDS OF BUILDING MAINTENANCE, CARPENTRY, COSMETOLOGY, COUNSELING IN SUBSTANCE ABUSE PREVENTION AND TREATMENT, CULINARY ARTS, AND OFFICE MANAGEMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

FOR: SUBSTANCE ABUSE TREATMENT SERVICES; COUNSELING AND TREATMENT SERVICES IN THE FIELDS OF ADDICTION, ADDICTIVE BEHAVIOR, AND BEHAVIORAL HEALTH; MEDICAL CLINICS; DENTAL CLINICS, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 997,702.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HOUSE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-707,329, FILED 4-6-2009.

MARY BOAGNI, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

Exhibit F Page 33

EXHIBIT G

12/01/2010 10:21 FAX   213 63  092          LA COUNTY-SHERIFF'S                      ☎002/005



RISE FROM THE ASHES WITH PHOENIX
office (818) 802-0334
cell (562) 310-1184
fax (818) 582-7849
coalition member

TIMOTH K FROST
DIRECTOR PHOENIX HOUSES

Timothy Kelly Frost
(562) 310-1184

EXHIBIT H



# NIXON PEABODY LLP
### ATTORNEYS AT LAW

1300 Clinton Square
Rochester, New York 14604-1792
(585) 263-1000
Fax: (585) 263-1600

Kristen M. Walsh, Counsel
Direct Dial: (585) 263-1065
E-Mail: kwalsh@nixonpeabody.com


June 16, 2010


**VIA FAX & E-MAIL (timfphoeixhouses@yahoo.com)**

Mr. Timoth K. Frost
Director, Phoenix Houses


     RE:     Unauthorized Use of the Registered Trademark "Phoenix House"

Dear Mr. Frost:

     We represent Phoenix House Foundation, Inc. ("Phoenix House"). Phoenix House has provided alcohol and drug abuse treatment and prevention services under the "Phoenix House" name and trademark since 1967. Phoenix House is the largest such facility in the nation, and operates over 150 residential and outpatient programs throughout ten states, including in California. Additional information about Phoenix House and its programs and services can be found on the website, www.phoenixhouse.org. Phoenix House owns U.S. Trademark Registration 997702 for the mark PHOENIX HOUSE for use in connection with "treatment and rehabilitation of drug addicts." The registration issued in 1974, has been timely renewed, and is in full force and effect.

     Phoenix House has learned that you are operating a residential sober living program in the San Fernando Valley under the name "Phoenix House," and that you are listing four residential homes through The Sober Living Network under the names "Phoenix House I," "Phoenix House II," "Phoenix House III," and "Phoenix House IV." Your unauthorized use of the federally registered trademark "Phoenix House" constitutes trademark infringement, false designation of origin, and unfair competition under the Lanham Act, and violates various state law unfair competition provisions.

     We request that you immediately and permanently cease and desist all use of "Phoenix House," including on or in connection with any substance-abuse treatment or recovery facility, including residential homes for sober living; that you remove "Phoenix House" from your business or program name; and that you complete, execute, and return to me the enclosed Declaration.


13034852.1

Exhibit H  Page 35

Timoth K. Frost
June 16, 2010
Page 2

Please contact me by June 28, 2010 to confirm that you are complying with Phoenix House's requests.  While we hope to resolve this matter quickly and amicably, Phoenix House reserves all rights to seek appropriate legal relief, including attorney fees, costs, and enhanced damages.

Very truly yours,

Kristen M. Walsh

Enclosure

cc:   John J. Diehl, Esq.
      Phoenix House Foundation, Inc.

13034852.1

NIXON PEABODY LLP

Exhibit H Page 36

# DECLARATION

1.      I am the Director of the Phoenix Houses residential sober living program (the "Program"), which operates of four sober residential homes in the San Fernando Valley.  I make this declaration on behalf of myself and the Program.

2.      I and the Program have permanently ceased all use of "Phoenix House," including on or in connection with any substance-abuse treatment or recovery facility, including residential homes for sober living; in The Sober Living Network directory; and in all advertisements or promotional materials.

3.      I and the Program have changed the names of the four sober residential homes we operate in the San Fernando Valley to the following, effective _____ ___, 2010:

    (a) _____, formerly Phoenix House I;

    (b) _____, formerly Phoenix House II;

    (c) _____, formerly Phoenix House III; and

    (d) _____, formerly Phoenix House IV

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June _____, 2010

_____
Timoth K. Frost
Director

13034852.1

EXHIBIT I

San Fernando Valley Sober Living Homes and Recovery Houses–Southern California



Quality Sober Living Homes in Southern California

# THE SOBER LIVING NETWORK

HomeVisionOrganizingTrainingContactSponsors

[ ] Go

## Find Sober Housing In Your SoCal Community   Search By Area

# The Sober Living Network

### San Fernando Valley

| City | Sober Living Home | Contact | Phone | Serves | Cost |
|------|-------------------|---------|-------|--------|------|
| Calabasas | Seasons Sober Living | Larry Norman | (818) 692-4296 | coed | $4500 |
| Canoga Park | Comfort Zone | Ike Eichar | (818) 894-8617 | coed | $840 |
| Canoga Park | Discovery House I Sober Living | Tony D. | (818) 903-6441 | men | $550 |
| Canoga Park | New Beginnings Sober Living | Gary Sutter | (818) 620-5624 | men | $600 |
| Canoga Park | Second Chance Sober Living | Alan Nathen | (818) 961-6155 | men | $500 |
| Canyon Country | Bridges | Eleanor Boutte | (661) 252-0569 | women | $765 |
| Chatsworth | Stone Sober Society | Linda Perez | (818) 772-6888 | coed | $500 |
| Chatsworth | A Work In Progress | Liz Leon | (818) 633-1719 | women | $700 |

http://www.soberhousing.net/san_fernando.html

7/6/2010

Exhibit I Page 38

San Fernando Valley Sober Living Homes and Recovery Houses-Southern California

| City | Sober Living Home | Contact | Phone | Serves | Cost |
|------|------------------|---------|-------|--------|------|
| Encino | **Angel Villa** | Georgia Frabotta | (877) 768-9673 | coed | $3500 |
| Encino | Casa Nuevo Vida | David Marvin | (310) 592-0139 | men | $2750 |
| Encino | **Mulholland Recovery SL** | Christine Franz | (818) 917-3438 | coed | $1000 |
| Encino | **Petit House Sober Living** | Tyrone Adair | (818) 800-7009 | men | $1500 |
| Encino | Sunrise III | Carmen Risiglione | (818) 968-6669 | coed | $550 |
| Glendale | Geneva House | Michael Akopov | (323) 481-5455 | men | $600 |
| Glendale | New Visions Sober Living | Janelle Jones | (818) 247-8493 | coed | $520 |
| Granada Hills | Clear View Sober Living I | George Turner | (818) 451-6968 | men | $500 |
| Granada Hills | Clear View Sober Living II | George Turner | (818) 451-6968 | men | $500 |
| Granada Hills | New Horizon Sober Living | Iraj Salehyar | (818) 360-8574 | men | $600 |
| Granada Hills | Small Steps II | Al Pittman-J. McClure | (818) 881-0073 | men | $500 |
| Hollywood Hills | Hollycrest Sober Living | Robert & Hugh Biele | (323) 876-5485 | men | $500 |
| North Hills | **Community Sober Living** | Paul Dumont | (818) 893-4365 | coed | $900 |
| North Hills | The Digs Sober Living | Drew Williams | (818)939-3197 | men | $525 |
| North Hills | **Recovery Zone I Sober Living** | Claude Eichar | (818) 894-8617 | men | $600 |
| No. Hollywood | Abbey House | Kelly Hagerman | (310) 871-1336 | men | $500 |
| No. Hollywood | **Angel House I** | Georgia F., Priscilla | (818) 906-2435 | women | $575 |
| No. Hollywood | **Angel House III** | Georgia Frabotta | (818) 906-2435 | men | $575 |
| No. Hollywood | **Chandler Lodge** | Main Office | (818) 766-4534 | men | $650 |
| No. Hollywood | **Primary Purpose III** | Mary Grayson | (818) 612-1439 | men | $550 |

http://www.soberhousing.net/san_fernando.html

Exhibit _I_ Page 39

Page 5 of 6

San Fernando Valley Sober Living Homes and Recovery Houses-Southern California

| City | Sober Living Home | Contact | Phone | Serves | Cost |
|---|---|---|---|---|---|
| North Hollywood | Second Chance Sober Living | John Hakopyan | (818) 209-4472 | men | $525 |
| No. Hollywood | **Spencer House II** | Fred Foster | (818) 252-6545 | men | $550 |
| No. Hollywood | Vesper House | Charotte | (818) 769-3057 | women | $520 |
| Northridge | Parthenia House | Lisa Richards | (818) 996-1051 | men | $425 |
| Northridge | **Peaceful Discoveries** | Cindy Green | (818) 527-1930 | women | $800 |
| Northridge | **A Step In The Right Direction** | Linda Ruzich | (818) 720-7075 | women | $var. |
| Panorama City | Serenity Retreat | Ryan Valencia | (818) 997-3734 | men | $580 |
| Reseda | Arminta House | Lisa Richards | (818) 996-1051 | men | $425 |
| Reseda | Arminta House II | Lisa Richards | (818) 996-1051 | women | $425 |
| Reseda | **The Discovery House** | Tom Whiting | (818) 844-5272 | men | $1000 |
| Reseda | Elijah's House | Lisa Hines | (818) 300-1002 | men | $500 |
| Reseda | Fresh Start | Lynn | (818) 642-6384 | coed | $500 |
| Reseda | Jamieson House | Lisa Richards | (818) 996-1051 | women | $425 |
| Reseda | On Solid Ground | Josie Galindo | (818)929-3994 | coed | $750 |
| Reseda | **Reseda Villa Sober Living** | Rohan | (818) 571-6998 | men | $500 |
| Reseda | Serenity Connection – Men | Terrence Frazier | (818) 687-4906 | men | $650 |
| Reseda | Serenity Connections-Women | Terrence Frazier | (818) 687-4906 | women | $650 |
| Reseda | Small Steps I | Al Pittman-J. McClure | (818) 881-0073 | coed | $500 |
| Reseda | Soberspace | Chris Krug | (818) 235-9910 | men | $525 |
| Sherman Oaks | **A Safe Place** | Doug Eggleton | (818) 590-4886 | men | $1500 |

http://www.soberhousing.net/san_fernando.html

7/6/2010

Exhibit  I  Page  40

7/6/2010

San Fernando Valley Sober Living Homes and Recovery Houses-Southern California

| City | Sober Living Home | Contact | Phone | Serves | Cost |
|------|-------------------|---------|-------|--------|------|
| Stevenson Ranch | Jax's Place | Cheryl Petway | (818) 402-6148 | men | $695 |
| Sun Valley | Alpha & Omega Sober Living | Rima Abelian, Samuel Tan | (818) 253-5989 | coed | $650 |
| Sun Valley | Alpha & Omega Sober Living II | Rima Abelian, Samuel Tan | (818) 253-5989 | coed | $650 |
| Sunland | 12 Step Sober Living | Lisa & Joel Moss | (818) 445-9901 | men | $500 |
| Sunland | Club 12 | Mark Gregoire | (818) 674-2575 | men | $500 |
| Sunland | RAF Three Palms Ranch | Robert Holbrook | (626) 216-5427 | coed | $650 |
| Tarzana | Sober Souls Ranch | Audy Harman | (818) 266-2849 | coed | $940 |
| Tarzana | Sober Souls Sober Living | Matthew | (818) 201-4717 | coed | $940 |
| Tujunga | Club 12 Sober Living | Mark Gregoire | (818) 674-2575 | men | $500 |
| Valley Glen | Bridge at Valley Glen | David Casey | (818) 939-3486 | men | $4000 |
| Valley Glen | Primary Purpose I | Mary Grayson | (818) 612-1439 | women | $550 |
| Valley Village | Sunrise I | Carmen Risiglione | (818) 968-6669 | men | $500 |
| Van Nuys | AA/NA Sobriety Central | Joey Axelson | (818)326-6499 | men | $550 |
| Van Nuys | Kenneth Place Sober Living | Jeff Sibbrel-Star Tomlinson | (818) 602-5959 | men | $600 |
| Van Nuys | Maya Clean & Sober | Bia Sarro | (818) 585-8280 | women | $550 |
| Van Nuys | Primary Purpose II | Mary Grayson | (818) 612-1439 | men | $550 |
| Van Nuys | Recovery Zone II | Ike Eichar | (818) 894-8617 | men | $500 |
| Van Nuys | Ruth's House Sober Living | Tamar Goldberg | (310) 936-8172 | women | $600 |
| Van Nuys | Second Chance Sober Living | John Hakopyan | (818) 310-7433 | men | $400 |

http://www.soberhousing.net/san_fernando.html

Exhibit I Page 41

7/6/2010

San Fernando Valley Sober Living Homes and Recovery Houses-Southern California

| City | Sober Living Home | Contact | Phone | Serves | Cost |
|---|---|---|---|---|---|
| Van Nuys | Second Chance Sober Living II | John Hakopyan | (818) 310-7433 | men | $500 |
| Van Nuys | **Spencer House** | Ruben Calderon | (818) 785-6639 | men | $550 |
| Van Nuys | Sunrise II | Carmen Risiglione | (818) 968-6669 | men | $550 |
| Van Nuys | Sylvan House | Martin Suran | (818) 749-6282 | coed | $525 |
| Westlake | **The Lake House** | Stuart Birnbaum | (877) 762-3707 | coed | $3500 |
| Winnetka | Kelvin House | Lisa Richards | (818) 996-1051 | men | $425 |
| Winnetka | New Beginnings Sober Living | Gina Romero | (818) 915-0548 | women | $500 |
| Winnetka | Quartz House | Lisa Richards | (800) 996-1051 | men | $425 |
| Woodland Hills | **Community Sober Living** | Paul Dumont | (818) 893-4365 | coed | $900 |
| Woodland Hills | **Community Kids Sober Living** | Paul Dumont | (818) 893-4365 | wm-w-ch | $500 |
| Woodland Hills | In Good Hands | Kage Njaka | (805) 630-1932 | coed | $5000 |
| Woodland Hills | Sober College – Friar | Robert Pfeifer | (818) 274-0304 | men | $2000 |
| Woodland Hills | Sober College – Melvin | Cody Bassett | (818) 274-0304 | women | $2000 |
| Woodland Hills | Sober College – Oxnard | Robert Pfeifer | (818) 274-0304 | men | $2000 |
| Woodland Hills | Sober College – Shoup | Robert Pfeifer | (818) 274-0304 | men | $2000 |

**The Network would like to thank our generous website sponsors, whose listings appear in blue above.**

**The Sober Living Network**
P.O. Box 5235

http://www.soberhousing.net/san_fernando.html

Exhibit _I_ Page _42_

San Fernando Valley Sober Living Homes and Recovery Houses-Southern California

Santa Monica, CA 90409
(310) 396-5270

HomeOrganizingTrainingCommunityContactSite Map

©Copyright 2004 Sober Housing All Rights Reserved
Hosting provided by Heller NetWorks and The Sober Musicians Project

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Alicia G.  Rosenberg.

The case number on all documents filed with the Court should read as follows:

### CV11- 3530 PSG  (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Sarah E. André (Bar No. 236145)
Nixon Peabody LLP
555 W. Fifth Street, 46th Floor
Los Angeles, CA  90013
Tel: (213) 629-6000
Fax: (213) 6129-6001

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX HOUSE FOUNDATION, INC., PHOENIX HOUSES OF CALIFORNIA, INC., PHOENIX HOUSES OF LOS ANGELES, INC., PHOENIX HOUSE ORANGE COUNTY, and PHOENIX HOUSE SAN DIEGO, INC., <br><br> PLAINTIFF(S) <br><br> V. <br><br> TIMOTHY K. FROST dba PHOENIX HOUSES, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV11  03530  PSG  (AGRx)** <br><br><br> **SUMMONS** |

TO:DEFENDANT(S): <u>TIMOTHY K. FROST dba PHOENIX HOUSES</u>

A lawsuit has been filed against you.

Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Sarah E. André</u>, whose address is <u>555 W. Fifth Street, 46th Floor, Los Angeles, CA  90013</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: April 25, 2011 _____

By: _____
**CHRISTOPHER POWERS**

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                                                SUMMONS

American LegalNet, Inc.
www.USCourtForms.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Phoenix House Foundation, Inc., Phoenix Houses of California, Inc., Phoenix Houses of Los Angeles, Inc., Phoenix House Orange County, Inc., and Phoenix House San Diego, Inc. | Timothy K. Frost dba Phoenix Houses |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Sarah E. André (Bar 236145)<br>Nixon Peabody LLP<br>555 W. Fifth Street, 46th Floor<br>Los Angeles, CA 90013<br>Tel: 213-629-6000/Fax: 213-629-6001 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Request for injunctive and declaratory relief under Lanham Act  (15 U.S.C. § 1125, et seq.).

**VII. NATURE OF SUIT (Place an X in one box only.)**

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: _____

CV11 03530

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

American LegalNet, Inc.<br>www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, California; Orange County, California | Manhattan County, New York; San Diego County, California. |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, California | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):   _Sarah E. André_   Date   4/25/11

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com